UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
KING RANGE, JR., :
:
                        Plaintiff, :      19-CV-5276 (VEC) (OTW)
:
              -against- :      **ORDER**
:
BLDG 03 LLC AND 475 SOHO, LLC, :
:
                     Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' Settlement Conference Summary Forms and Letters, in which Plaintiff has submitted an *ex parte* request to convert the settlement conference to a scheduling conference. As an initial matter, this case has been referred to the undersigned for settlement only. Additionally, pursuant to the undersigned's Individual Practices § I.b, requests to adjourn or modify a conference should not be made *ex parte*.

The parties are directed to meet and confer regarding Plaintiff's damages claims and related discovery. The undersigned does not have authority under the settlement reference to issue discovery orders. The settlement conference currently scheduled for Thursday, December 19, 2019 will remain as scheduled. The parties are expected to appear at the settlement conference ready to negotiate in good faith.

      SO ORDERED.

                                                               *s/ Ona T. Wang*
Dated: December 16, 2019                            **Ona T. Wang**
      New York, New York                  United States Magistrate Judge