```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
                                                          ELECTRONICALLY FILED
                                                          DOC #:
                                                          DATE FILED:  1/6/2020
```

|  |  |
|---|---|
| KING RANGE, JR., | |
| Plaintiff, | |
| -against- | 19-CV-5276 (VEC) |
| BLDG 03 LLC AND 475 SOHO, LLC, | ORDER |
| Defendants. | |

VALERIE CAPRONI, United States District Judge:

WHREAS on October 17, 2019, the Court referred this case to the Magistrate Judge for a settlement conference and adjourned the initial pretrial conference *sine die*, *see* Dkt. 23; and

WHEREAS the parties did not settle this case;

IT IS HEREBY ORDERED that an initial pretrial conference is scheduled for **January 17, 2020, at 10:00 a.m.** The parties' joint preconference letter and proposed Case Management Plan are due no later than **January 9, 2020**.

**SO ORDERED.**

Date: **January 6, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**