

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2020

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

October 20, 2020

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

**Re: *Range, Jr. v. BLDG 03 LLC et al.*,**
**Case No.: 1:19-cv-05276-VEC (S.D.N.Y.)**

Dear Judge Caproni:

This Firm represents Defendants BLDG 03 LLC ("BLDG") and 475 Soho, LLC ("475 Soho") (collectively with BLDG, "Defendants") in the above-referenced matter. We write, with the consent of Plaintiff King Range, Jr. ("Plaintiff"), to respectfully request a second extension of the parties' deadline to file a status report, from October 22, 2020 to October 27, 2020 (5 calendar and 3 business days).

By way of background, on October 10, 2020, Seyfarth Shaw LLP was the victim of a sophisticated and aggressive malware attack, as detailed in our prior correspondence to the Court dated October 13, 2020. (ECF No. 44.) In that letter, Defendants requested a one (1) week extension of the parties' deadline to file a status report, from October 15, 2020 to October 22, 2020, due to the disruption caused by the malware attack, which included limiting access to the Firm's email and document management systems. The Court granted this application that same day. (ECF No. 45.)

Given this disruption, and to provide sufficient time for Defendants to provide the necessary reporting, Defendants respectfully request an extension of five (5) additional calendar days (3 business days) to submit the status report. This additional time is required for the undersigned to assess construction-related developments at the subject property, and prepare an informative report on the project. We have conferred with counsel for Plaintiff and Plaintiff consents to this request.

Defendants submit this request in good faith and not to cause undue delay. The granting of this extension will not impact any other scheduled deadlines. We do not anticipated requesting a further extension of this deadline absent an emergency. We thank the Court for its time and attention to this matter.





Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc: All counsel of record (via ECF)

Application GRANTED. The status report is due not later than October 27, 2020. No additional extensions will be granted.

SO ORDERED.

10/20/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE