UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------  X

KING RANGE, JR.,

                Plaintiff,

    -against-

BLDG 03 LLC; 475 SOHO, LLC

              Defendants.

--------------------------------------------------------  X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 9/2/2021

Index No. 1:19-cv-05276-VEC

**~~PROPOSED~~ ORDER FOR WITHDRAWAL OF ATTORNEY**

     I, Brandon S. Stein, *Pro Hac Vice* Counsel for Defendants, hereby submit this proposed order to withdraw my appearance. As of September 9, 2021, I will no longer be employed by Seyfarth Shaw LLP. I further request that I no longer receive ECF notifications concerning this action. Defendants will continue to be represented in this action by John W. Egan of Seyfarth Shaw LLP.

By: */s/ Brandon S. Stein*           
      Brandon S. Stein
      bstein@seyfarth.com
      SEYFARTH SHAW LLP
      233 S Wacker Drive, Suite 8000
      Chicago, IL 60606-6448
      Telephone:  (312) 460-5000
      *Counsel for Defendants*

So Ordered:

_____  9/2/2021
The Honorable Valerie E. Caproni

74589328v.1