

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2022
```

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
**T** (212) 218-5291

www.seyfarth.com

November 18, 2022

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**   *Range, Jr. v. BLDG 03 LLC et al.,* **Civil Action No. 1:19-cv-05276-VEC**

Dear Judge Caproni:

This Firm represents Defendants BLDG 03 LLC ("BLDG") and 475 Soho, LLC ("475 Soho") (collectively with BLDG, "Defendants") in the above-referenced matter.  We write, jointly with Plaintiff King Range, Jr. ("Plaintiff"), to respectfully request a continued stay of forty-five (45) additional days, up to and including January 26, 2023, to allow the parties to complete private mediation.

By way of background, on October 13, 2022, the parties submitted a joint status letter to the Court in connection with the accessibility-related alterations to the exterior entrance and interior areas of the Property.  In that correspondence, they also requested that the Court continue to stay the matter for sixty (60) additional days, up to and including December 12, 2022, to allow the parties to arrange for and complete private mediation.  (ECF No. 81.)  The Court granted the parties' request on October 13, 2022.  (ECF No. 82.)

Since the parties last corresponded with the Court, they have conferred and agreed to  the assignment of Mediator Amanda Fugazy in this matter.  The parties further conducted a pre-mediation telephone conference on November 9, 2022 with the Mediator.  However, based on the Mediator's availability through the next several months, the earliest timeframe for the mediation session would be January 2023.  The parties have accordingly scheduled the mediation for January 12, 2023.

Therefore, the parties respectfully request that, in order to facilitate the mediation process, the Court continue the stay for an additional forty-five (45) days, up to and including January 26, 2023.  The parties will advise the Court on or before this date whether the matter has been resolved.



Honorable Valerie E. Caproni
November 18, 2022
Page 2

We thank the Court for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc: All counsel of record (via ECF)

---

Application GRANTED. The stay in this action is hereby extended from Monday, December 12, 2022, until **Thursday, January 26, 2023**, by which date the parties must advise the Court whether the matter has been resolved.

SO ORDERED.

11/18/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

89077127v.4